**NOT FOR PUBLICATION  IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000785
28-MAY-2021
08:18 AM
Dkt. 153 OAWST**

NO. CAAP-18-0000785

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CIT BANK, NATIONAL ASSOCIATION,
Plaintiff-Appellee,
v.
LOURDES C. CASTILLO, Defendant-Appellee and
LAURO JAMES and ZORAIDA JAMES,
Defendants-Appellants,
and
LOURDES C. CASTILLO, Successor Co-Trustee Under the
Provisions of that Certain Irineo Caletena Irrevocable
Trust Agreement Dated September 13, 1996, as Amended and
Restated by that Certain Amendment and Complete Restatement
of Irineo Caletena Irrevocable Trust Agreement Dated May 11,
1998, ARDIENTES C. MATIAS, Successor Co-Trustee Under the
Provisions of that Certain Irineo Caletena Irrevocable Trust
Agreement Dated September 13, 1996, as Amended and Restated
by that Certain Amendment and Complete Restatement of Irineo
Caletena Irrevocable Trust Agreement Dated May 11, 1998,
SALVACION C. VISA YA, Successor Co-Trustee Under the Provisions
of that Certain Irineo Caletena Irrevocable Trust Agreement
Dated September 13, 1996, as Amended and Restated by that
Certain Amendment and Complete Restatement of Irineo Caletena
Irrevocable Trust Agreement Dated May 11, 1998, GLORIA C.
KOIZUMI, Successor Co-Trustee Under the Provisions of that
Certain Irineo Caletena Irrevocable Trust Agreement Dated
September 13, 1996, as Amended and Restated by that Certain
Amendment and Complete Restatement of Irineo Caletena
Irrevocable Trust Agreement Dated May 11, 1998, KAUAI
COMMUNITY FEDERAL CREDIT UNION, JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50, DOE ENTITIES 1-50,
AND DOE GOVERNMENTAL UNITS 1-50, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 12-1-0355)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Ginoza, Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal (Stipulation), filed May 27, 2021, by Plaintiff-Appellee CIT Bank, National Association, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties to the appeal stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, May 28, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge